UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| ADVOCACY CENTER | * | CIVIL ACTION NO. 98-646 |
| PLAINTIFF | * | SECTION A |
| VS. | * | JUDGE Parker |
| RICHARD STALDER, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS AND KELLY WARD, WARDEN OF THE DAVID WADE CORRECTIONAL CENTER | * | |
| DEFENDANTS | * | MAGISTRATE JUDGE 3 |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff moves this Court to enter a Preliminary Injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure:

(1) Requiring Defendants to immediately provide Plaintiff access to the medical and mental health records of William Ford;

(2) Requiring Defendants to cease and desist from violating Plaintiff's rights and the rights of individuals with mental illness under 42 U.S.C. §1983 pursuant to the PAIMI Act, specifically, 42 U.S.C. §10805 (a) (4) (A).

Plaintiff submits a memorandum in support of this motion. As shown by Plaintiff's complaint and the declaration of counsel submitted herewith, immediate and irreparable harm will result to Plaintiff and individuals with mental illness unless the relief prayed for is granted; it is likely that Plaintiff will succeed on the merits; and no



harm to the Defendants will result if such relief is granted. The injunction requested will serve the public interest.

WHEREFORE, Plaintiff requests that this Court enter a preliminary injunction as prayed for above and in its complaint.

Respectfully submitted:

Nell Hahn, Bar No. 22406, T.A.
Advocacy Center
515 So. College Road, Suite 130
Lafayette, LA 70503
(318) 237-7380
(318) 237-0486 FAX