UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

99 OCT 15 PM 2:17

SIGN_____
RICHARD T. MARTIN
CLERK

ADVOCACY CENTER

VERSUS

RICHARD STALDER, ET AL

CIVIL ACTION

NUMBER 98-646-A-M3

### ORDER

This matter is before the Court on plaintiff's motion for attorneys' fees (rec.doc.no. 29). As the parties have informed the Court that the issue of the attorneys' fees has been settled, the motion is ~~DENIED~~ DISMISSED as MOOT.

Baton Rouge, Louisiana this _15th_ day of October, 1999.

_____
MAGISTRATE JUDGE DOCIA L. DALBY

DKT. & ENTERED

DATE_____
NOTICE MAILED TO:
DATE 10/15/99 BY___